UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:21-cv-03695-FMO-PDx                           Date: May 25, 2022

Title:   *KOR Services, LLC v. Thomson International Incorporated*

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Martinez | Not Recorded |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:         Attorneys Present for Defendants:

Steven E. Nurenberg                         Emily Ikola Ellse
                                            David Vincent Roth

Attorneys Present for Third Party:
Joe Bermudez (Onions 52)

**Proceedings:**   Settlement Conference (via Zoom)

On May 25, 2022, the Court conducted a Settlement Conference in this matter. The parties did not reach a settlement.

3:45
Initials of Preparer   IM