Steven E. Nurenberg (*Pro Hac Vice*)
  snurenberg@meuerslawfirm.com
**MEUERS LAW FIRM, P.L.**
5395 Park Central Court
Naples, FL 34109-5932
Telephone:  239.513.9191
Facsimile:  239.513.9677

*Attorneys for Plaintiff, KOR Services, LLC d/b/a KOR Produce*

David V. Roth (State Bar No. 194648)
  dvr@manningllp.com
**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile:  (415) 217-6999

*Attorneys for Defendant, Thomson International, Incorporated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOR SERVICES, LLC d/b/a/ KOR PRODUCE, a Pennsylvania limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMSON INTERNATIONAL, INCORPORATED, a California corporation,<br><br>  Defendant. | Case No. 2:21-cv-03695-FMO-PD<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE FACT DISCOVERY DEADLINE TO AUGUST 16, 2022** |

Plaintiff, KOR Services, LLC d/b/a KOR Produce, and Defendant, Thomson International Incorporated, (collectively, the "Parties"), through their undersigned

1
STIPULATION AND JOINT REQUEST TO CONTINUE FACT DISCOVERY DEADLINE

counsels of record, and pursuant to L.R. 7-1, hereby stipulate, agree, and request the Court extend the Parties' deadline to complete fact discovery from May 30, 2021, to the expert discovery deadline of August 16, 2022, for good cause as follows:

## PROCEDURAL HISTORY

1. Plaintiff filed its Complaint [DE 1] April 30, 2021, asserting numerous causes of action for damages arising from Defendant's sales and supply of Yellow, White, and Sweet Yellow Onions allegedly contaminated with Salmonella Newport. Plaintiff's First Amended Complaint ("FAC") was filed June 17, 2021. [DE 12].

2. Defendant filed its Answer and Affirmative Defenses denying the allegations in the FAC on July 7, 2021. [DE 16].

3. Under the Court's Order Re: Further Proceedings [DE 29], all fact discovery must be completed by May 30, 2022. The deadline for completion of expert discovery is August 16, 2022. *Id*.

4. The Parties have exchanged the required Fed. R. Civ. P. 26(a) Initial Disclosures, written Interrogatories, and Requests for Production of Documents. The discovery requests were served timely for responses to be served within the discovery period.

5. On May 12 and May 25, 2022, the Parties participated in a Settlement Conference before Magistrate Judge Donahue. *See*, [DE 40, 46]. The Settlement Conference was joined upon agreement of the Parties by Onions 52, Inc., a Utah corporation, which is litigating a separate action against Defendant in the Superior Court of California, County of Kern, captioned *Onions 52, Inc. v. Thomson International, Incorporated*, Case No. BCV-20-102933.

6. The Settlement Conference did not result in settlement of the various claims asserted in this matter.

7. Onions 52, Inc. has filed a Notice of Motion and Motion to Intervene in this matter (the "Motion to Intervene") [DE 35], and Defendant has filed an Opposition to the Motion to Intervene (the "Opposition") [DE 47]. The Motion to Intervene is scheduled for hearing on June 9, 2022 [DE 36].

8. Notwithstanding Onions 52, Inc.'s Motion to Intervene and Defendant's Opposition, the Parties seek additional time to complete fact discovery of issues brought to light during the Settlement Conference.

## REQUEST TO CONTINUE FACT DISCOVERY DEADLINE

9. This Court may modify the Scheduling Order for "good cause" under Fed. R. Civ. P. 16(b)(4).

10. The parties respectfully request the Court continue the fact discovery deadline up to and including August 16, 2022, to coincide with the expert discovery deadline.

11. The continuance, if granted, will extend the fact discovery deadline, but no other dates will be affected.

12. The Parties seek continuance of the fact discovery deadline in good faith, and not for the purpose of delay.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that: The deadline to complete fact discovery be continued from May 30, 2022, to August 16, 2022.

1 **IT IS SO STIPULATED.**

2 DATED:  May 28, 2022          **MEURS LAW FIRM P.L.**

3                                                    By:  /s/Steven E. Nurenberg
                                                            Steven E. Nurenberg, (*Pro Hac Vice*)
4                                                         Attorneys for Plaintiff, KOR Services, LLC

5 DATED:  May 28, 2022          **MANNING & KASS
                                                    ELLROD, RAMIREZ, TRESTER LLP**
6
                                                       By:  /s/David V. Roth
7                                                            David V. Roth
                                                               Attorneys for Defendant, Thomson
8                                                            International, Incorporated

9

10                                        **ATTESTATION**

11     Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the content of this

12 document is acceptable to counsel for Defendant, David V. Roth, who has authorized

13 the filing of this Stipulation.

14 DATED:  May 28, 2022          **MEURS LAW FIRM P.L.**

15                                                    By:  /s/Steven E. Nurenberg
                                                            Steven E. Nurenberg, (*Pro Hac Vice*)
16                                                         Attorneys for Plaintiff, KOR Services, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 28, 2022, a true and correct copy of the foregoing, was served upon the following, via CM/ECF service:

| | |
|---|---|
| David V. Roth<br>Emily I. Ellse<br>Manning & Kass<br>Ellrod, Ramirez, Trester LLP<br>dvr@manningllp.com<br>eie@manningllp.com | Joseph F. Bermudez<br>Catherine T. Begley<br>Nace Naumoski<br>Stewart \| Smith<br>jbermudez@stewartsmithlaw.com<br>cbegley@stewartsmithlaw.com<br>nnaumoski@stewartsmithlaw.com |
| Arnold Douglas Larson<br>Larson, Garrick & Lightfoot, LLP<br>alarson@lgl-law.com | Briggs James Matheson<br>Parr Brown Gee & Loveless, P.C.<br>bmatheson@parrbrown.com |
| Robert D Lipscomb<br>rdlipscomb@aol.com | |

DATED:  May 28, 2022          **MEURS LAW FIRM P.L.**

By: */s/*Steven E. Nurenberg
     Steven E. Nurenberg, (*Pro Hac Vice*)
     Attorneys for Plaintiff, KOR Services, LLC